**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
NANCY INIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY INIGUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> MERRICK BANK CORPORATION., <br><br> Defendant(s). | Case No.: 2:16-cv-00549-TLN-AC <br><br> **VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff, NANCY INIGUEZ ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action.  Plaintiff dismisses her claims *with* prejudice.

///

///

///

///

- 1 -

VOLUNTARY DISMISSAL

1
2 Dated: June 2, 2016
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*